AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __Massachusetts__

Paul Antonellis, Jr.

V.

Town of Salisbury

Timothy McInerney

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 11678 WGY

TO: (Name and address of defendant)

Timothy McInerney

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Walker

WALKER AND ASSOCIATES
ATTORNEYS AT LAW
96 COMMONWEALTH AVENUE
CONCORD, MASSACHUSETTS 01742

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

JUL 29 2004
DATE

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Paul Antonellis, Jr. | 04-11678 WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Timothy McInerney | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Timothy McInerney

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 100 Peek Street, Seekonk, MA 02771

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert Walker
Walker & Associates
96 Commonwealth Avenue
Concord, MA 01742

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                      Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (978) 371-9222
DATE: 8-12-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/16/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): CYNTHIA DACANAY - ADMIN SECRETARY

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 100 PECK ST, SEEKONK, MA

Date of Service: 9/3/04   Time: (am/pm)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $67.50 | 33.58 | | 101.08 | | | |

REMARKS: 1 1/2 hrs to serve