UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL ANTONELLIS, JR. )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF SALISBURY AND TIMOTHY )<br>MCINERNEY, )<br>      Defendants )  | CIVIL ACTION NO: 04-11678WGY |

## JOINT STATEMENT BY THE PARTIES

Pursuant to Rule 16.1(D) of the of the Local Rules of the United States District Court for the District of Massachusetts, the parties in the above-entitled matter propose the following pre-trial schedule:

I. **DISCOVERY**

    A. PHASE ONE DISCOVERY

    Last date to serve Request for Production of Documents January 31, 2005

    Responses to Requests for Production of Documents thirty (30) days from service.

    Last date to serve Interrogatories January 31, 2005

    Response to all Interrogatories forty-five (45) days from service.

    B. PHASE TWO DISCOVERY

    Completion of fact depositions April 31, 2005

    Plaintiff's disclosure of expert witness reports May 31, 2005

    Last date to serve Request for Admissions April 30, 2005

    Responses to Requests for Admissions thirty (30) days from service.

    Defendant's disclosure of expert witness reports June 30, 2005

Completion of expert depositions  August 31, 2005

## II. SCHEDULE FOR MOTIONS

Filing of summary judgment motions  September 31, 2005

Filing response to summary judgment motions  October 20, 2005

Final Pre-Trial Conference  November 15, 2005

Trial  December 15, 2005

## III. CERTIFICATION

Both parties' certification concerning compliance with Local Rule 16.1(D)(3) is attached to this joint statement.

Both parties consent to trial before a United States Magistrate Judge.

| | |
|---|---|
| The Plaintiff<br>PAUL ANTONELLIS, JR. | The Defendants,<br>TOWN OF SALISBURY AND TIMOTHY MCINERNEY, |
| /s/ Robert W. Walker<br>Robert W. Walker, Esq.<br>Walker & Associates<br>96 Commonwealth Avenue<br>Concord, MA 01742 | /s/ Gareth W. Notis<br>Gareth W. Notis, BBO# 637814<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |