UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL ANTONELLIS, JR.<br>　　　Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY AND TIMOTHY MCINERNEY,<br>　　　Defendants | CIVIL ACTION NO: 04-11678WGY |

**CERTIFICATION OF DEFENDANT, TOWN OF SALISBURY,
<u>CLIENT CONFERENCE</u>**

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, Town of Salisbury, certifies that it conferred with its counsel concerning: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　Town of Salisbury

　　　　　　　　　　　　　　　　　　*/s/ Neil J. Harrington*
　　　　　　　　　　　　　　　　　　Neil J. Harrington, Town Manager
　　　　　　　　　　　　　　　　　　An authorized representative


　　　　　　　　　　　　　　　　　　*/s/ Gareth W. Notis*
　　　　　　　　　　　　　　　　　　Gareth W. Notis, BBO# 637814
　　　　　　　　　　　　　　　　　　MORRISON, MAHONEY & MILLER, LLP
　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 439-7530