UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL ANTONELLIS, JR.<br>Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY AND TIMOTHY MCINERNEY,<br>Defendants | )<br>)<br>)<br>)    CIVIL ACTION NO: 04-11678WGY<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF DEFENDANT, TIMOTHY MCINERNEY,
<u>CLIENT CONFERENCE</u>**

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, Timothy McInerney, certifies that he conferred with his counsel concerning: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*/s/ Timothy McInerney*
Timothy McInerney


*/s/ Gareth W. Notis*
Gareth W. Notis, BBO# 637814
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7530