UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-11678-LPC

PAUL ANTONELLIS, JR.

Plaintiff

v.

TOWN OF SALISBURY, ET AL.

Defendants

NOTICE OF CONFERENCE

November 16, 2004

COHEN, M.J.

Take notice that a scheduling conference in the above-entitled matter is

scheduled for Thursday, December 2, 2004, at 2:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE