UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11678WGY

| | |
|---|---|
| Paul Antonellis, Jr. <br> Plaintiff <br> v. <br><br> Town of Salisbury and <br> Timothy McInerney, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE OF SCHEDULING CONFERENCE DATE

Notification is hereby given that the scheduling conference date in the above entitled matter is changed from Thursday, December 2, 2004, to Monday, December 6, 2004 at 11:30 a.m. after consultation with this Court and all counsel of record.

Respectfully submitted,
**Paul Antonellis**
By his attorney,

Robert W. Walker
BBO # 541981
Walker & Associates
96 Commonwealth Avenue
Concord, Massachusetts 01742
(978) 371-9222

Dated: December 1, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail h___ on ___12/1/04___
_____