UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONELLIS
        Plaintiff

v.                        Case Number: CV 04-11678-LPC/KPN

TOWN OF SALISBURY ET AL
        Defendant

**ORDER OF INTERIM REASSIGNMENT**
**January 27, 2005**

SWARTWOOD, CMJ

    The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is reassigned to Magistrate Judge   Kenneth P. Neiman   solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

    Until such time as the case is permanently reassigned or referred to the new Magistrate Judge, all documents filed with the court in this case should be labeled with the case number followed by Magistrate Judge Cohen's initials <u>and</u> the initials of the interim Magistrate Judge. (Example: 04-10001-LPC/JGD)  Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

                                              /s/ *Charles B. Swartwood* III
                                              Charles B. Swartwood III
                                              Chief Magistrate Judge