**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PAUL ANTONELLIS
_____
                    Plaintiff(s)

                                                              CIVIL ACTION

            V.
                                                              NO. 1:04-11678LTS_____

TOWN OF SALBURY, ET AL
_____
                    Defendant(s)

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

        After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to  UNDERLINE MEDIATION

for the following ADR program:


_____ SCREENING CONFERENCE              _____ EARLY NEUTRAL EVALUATION

___X____ MEDIATION                        _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL                _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


        Upon notification of the time and place designated for the proceeding, counsel are directed to be present

with their clients or with appropriate settlement authority and to provide any written documentation which may be

required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a

continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the

conflict immediately.


 12/5/06_____              _____/s/ LEO T. SOROKIN_____
            DATE                                      UNITED STATES MAGISTRATE JUDGE


                        CASE CATEGORY


| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ Labor |
| Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |