UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL ANTONELLIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-11678 |
| | ) | |
| TOWN OF SALISBURY and | ) | |
| TIMOTHY MCINERNEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ASSENTED-TO MOTION TO CONTINUE MEDIATION

The defendants, Town of Salisbury and Timothy McInerney, move this Honorable Court to continue the mediation in this matter.  The plaintiff, Paul Antonellis, Jr., assents to the motion. The mediation is presently scheduled for January 25, 2007 at 10:00 a.m. before Honorable Magistrate Judge Marianne B. Bowler.  The parties hereby propose that the mediation be continued until Friday, March 30, 2007 at 10:00 a.m. due to the unavailability of one of the parties.

WHEREFORE, the parties hereby move the court to continue the mediation in this matter until Friday, March 30, 2007 at 10:00 a.m.

ASSENTED TO:

 /s/ Robert W. Walker
Robert W. Walker, BBO No. 541981
Walker & Associates
96 Commonwealth Avenue
Concord, MA 01742
(781)-275-2900

Respectfully submitted,

The defendants,
TIMOTHY MCINERNEY and
TOWN OF SALISBURY,

By their Attorneys,
MORRISON MAHONEY LLP

 /s/ Gareth W. Notis
Gareth W. Notis, BBO No. 637814
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic mail on January 18, 2006.

 /s/ Gareth W. Notis
Gareth W. Notis, BBO No. 637814

1041595v1                                    -2-