**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Paul Antonellis, Jr.
   Plaintiff(s)

    V.          CIVIL ACTION NO. 04-11678-LTS

Town of Salisbury, et al.
   Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Sorokin

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x] On 3/29/2007 I held the following ADR proceeding:

  _____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION
  ___X___ MEDIATION _____ SUMMARY BENCH / JURY TRIAL
  _____ MINI-TRIAL _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____]

  The parties were / were not present in person or by authorized corporate officer [except _____].

  The case was:

[X] Settled. Your clerk should enter a 60 day order of dismissal.

[ ] There was progress.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

3/29/2007               /s/ Marianne B. Bowler, USMJ
DATE                   ADR Provider

(ADR Report (Antonellis).wpd - 4/12/2000)           [adrrpt.]