UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL ANTONELLIS, JR.<br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY AND TIMOTHY MCINERNEY,<br>    Defendants | CIVIL ACTION NO: 04-11678WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated among the parties that the above-captioned matter be and hereby is, dismissed with prejudice, without costs, and without right of appeal pursuant to Rule 41(a)(1)(ii) as to all claims.

                                                      Respectfully submitted,

| The Plaintiff<br>PAUL ANTONELLIS, JR. | The Defendants,<br>TOWN OF SALISBURY AND TIMOTHY MCINERNEY, |
|---|---|
| */s/ Robert W. Walker*<br>Robert W. Walker, Esq.<br>Law Offices of Robert H. D'Auria, P.C.<br>41 North Road – Suite 205<br>Bedford, MA  01730 | */s/ Gareth W. Notis*<br>Gareth W. Notis, BBO# 637814<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |